IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-00705-PSF-MJW

D.V.C. TRUCKING, INC.,

Plaintiff(s),

v.

RMX GLOBAL LOGISTICS,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Unopposed Motion to Modify Schedule, filed with the Court on June 6, 2005, is GRANTED as follows:

a.  The deadline for Plaintiff's response to Defendant's Motion to Refer to Arbitration is extended up to and including July 6, 2005;

b.  The deadline for Fed.R.Civ.P. 26(a)(1) disclosures is extended up to and including July 15, 2005; and

c.  The Scheduling and Planning Conference currently set on June 20, 2005 at 10:00 a.m., is VACATED and RESET on July 20, 2005, at 8:30 a.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. The parties shall submit their proposed Scheduling Order in PDF format to the court in accordance with the updated local rules regarding the electronic filing of documents, and in WordPerfect format by e-mail to U.S. Magistrate Judge Watanabe at Watanabe_Chambers@cod.uscourts.gov five (5) days prior to the conference date.

Date:  June 20, 2005